James W. Hunt, SBN 122582
james.hunt@fitzhunt.com
Christopher S. Hickey, SBN 198938
christopher.hickey@fitzhunt.com
**FITZPATRICK & HUNT,
PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
(213) 873-2100 / (213) 873-2125 Fax

Attorneys for Defendants,
**MANKIEWICZ COATINGS LLC and
MANKIEWICZ GEBR. & CO. (GMBH & CO. KG)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWAIIAN AIRLINES, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MANKIEWICZ COATING LLC, a corporation, and MANKIEWICZ GERB. & CO. (GMBH & CO. KG), a foreign corporation,<br><br>Defendants. | CASE NO.: 5:15-cv-00534-R-KK<br><br>**ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |

Plaintiff HAWAIIAN AIRLINES, INC. ("Plaintiff") and Defendants MANKIEWICZ GEBR. & CO. (GMBH & CO. KG) and MANKIEWICZ COATING LLC ("Mankiewicz") (collectively, the "Parties"), have negotiated in good faith and have submitted to the Court for approval a proposed STIPULATION FOR PROTECTIVE ORDER [Dkt. 78] governing the production and use of confidential documents and information during the course of this case.

After considering the STIPULATION FOR PROTECTIVE ORDER filed regarding the protection of confidential information produced during discovery in

Case No.5:15-cv-00534-R-KK, it is ordered that the handling of information designated confidential by a party shall be in accordance with the terms of the STIPULATION FOR PROTECTIVE ORDER [Dkt. 78].

This Order is binding on all parties to this action and on all parties who have agreed to be bound by this Order, and shall remain in full force and effect until modified, superseded or terminated by consent of the parties or by Order of Court. This Court expressly retains jurisdiction over this action for enforcement of the provisions of this Order following the resolution of this litigation.

**IT IS SO ORDERED.**

DATED: May 11, 2016

_____
Hon. Manuel L. Real
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| **Attorneys for Plaintiff** | **Attorneys for Plaintiff** |
|---|---|
| Richard A. Lazenby, Esq. | Anthony U. Battista, Esq. |
| Michael Cutler, Esq. | Nicole Smith, Esq. |
| Condon & Forsyth LLP | Evan Kwarta, Esq. |
| 1901 Avenue of the Stars, Suite 850 | Condon & Forsyth LLP |
| Los Angeles, CA 90067 | 7 Times Square |
| Tel.: (310) 557-2030 | New York, NY 10036 |
| Fax: (310) 557-1299 | Tel.: (212) 490-9100 |
| Email: rlazenby@condonlaw.com | Fax: (212) 370-4453 |
| Email: mcutler@condonlaw.com | Email: abattista@condonlaw.com |
| | Email: nsmith@condonlaw.com |
| | Email: ekwarta@condonlaw.com |

Martha L. Rodriguez